

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00888-CR

The **STATE** of Texas,
Appellant

v.

David Jimenez **PEREZ**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13940CR
Honorable Dennis Powell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order granting David Jimenez Perez habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED July 24, 2024.

_____
Lori I. Valenzuela, Justice